# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2024-3223
LT Case No. 2023-CC-014467

_____

Arnita H. Brown a/k/a Arnita
Brown,

    Appellant,

    v.

Sreit Grande Court, LLC,

    Appellee.

_____

Nonfinal appeal from the County Court for Duval County.
Michael Issa Bateh, Judge.

Arnita H. Brown, Jacksonville, pro se.

Whitney H. Daly, of The MGFD Law Firm, Clearwater,
for Appellee.

October 14, 2025

Per Curiam.

    Affirmed.

Eisnaugle, Boatwright, and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____